IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                          Case No. 09-cv-318

WILLIAM GILE,

        Defendant.

---

ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendant William Gile, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant William Gile is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 4th day of September, 2009.

                                                        PETER OPPENEER
                                                        Clerk of Court