IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 09-CV-318 |
| WILLIAM GILE, | |
| Defendant. | |

### DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in all accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, WilliamGile, as follows:

| | |
|---|---|
| Principal | $3,650.00 |
| Interest through December 3, 2008 | $1,873.45 |
| Interest from December 4, 2008 through August 31, 2009 | $ 196.50 |
| TOTAL | $5,719.95 |

together with interest thereon at the rate of 5% per annum until the date judgment is entered, a civil filing fee of $350.00, a marshals fee of $110.00, plus interest on the judgment at the legal rate until satisfaction of the debt.

Dated this 4th day of September, 2009.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court